AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

T. Rowe Price Tax-Free High
Yield Fund, Inc., et al.
V.

Karen M. Sughrue, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **04 CV 11667 RGS**

TO: (Name and address of Defendant)

Richard J. Sheehan, Jr.
70 Bailey Road
Haverhill, MA  01830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Hoffman, Esq.
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JUL 27 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

October 22, 2004

I hereby certify and return that on 10/20/2004 at 06:21 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to RICHARD J. SHEEHAN, JR. at 70 Bailey Road Haverhill, MA 01830. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00),Total Charges $36.00

*Deputy Sheriff*

Deputy Sheriff Tom Tombarello

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.