AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

T. Rowe Price Tax-Free High
Yield Fund Inc., et al.

V.

Karen M. Sughrue, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 11667 RGS

TO: (Name and address of Defendant)

G. Stevens Davis, Jr
3 Dorian Dr.
Bradford, MA 01835

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Hoffman, Esq.
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUL 27 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

S

NA

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

October 22, 2004

I hereby certify and return that on 10/20/2004 at 06:06 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by leaving at the **last and usual place of abode of G. STEVENS DAVIS, JR.**, 3 Dorian Drive Bradford, MA 01835, and by mailing 1st class to the above address on 10/20/2004. Basic Service Fee ($20.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $33.00

*Deputy Sheriff*

Deputy Sheriff Tom Tombarello

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.