AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

T. Rowe Price Tax-Free High
Yield Fund, Inc., et al.

**SUMMONS IN A CIVIL CASE**

V.

Karen M. Sughrue, et al.

CASE NUMBER: 04-11667 RGS

TO: (Name and address of Defendant)

Catherine Chapin Kobacker
5634 Clark State Road,
Gahanna, OH 43230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Hoffman, Esq.
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   JUL 27 2004

