AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

T. Rowe Price Tax-Free High
Yield Fund, Inc., et al.

V.

Karen M. Sughrue, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-11667 RGS

TO: (Name and address of Defendant)

Jean W. Childs
37 Old Farm Road
Wellesley, MA 02481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Hoffman
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 27 2004

DATE

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

I hereby certify and return that on 10/22/2004 at 8:04AM I served a true and attested copy of the summons and complaint with exhibits, jury demand in this action in the following manner: To wit, by leaving at the last and usual place of abode of Jean W. Childs, 37 Old Farm Road Wellesley MA 02481 and by mailing first class mail to the above-mentioned address on 10/22/2004. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Postage and Handling ($3.00) Total Charges $33.00

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.