%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

T. Rowe Price Tax-Free High
Yield Fund, Inc., et al.

                V.

Karen M. Sughrue, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04cv11667 RGS**

TO: (Name and address of Defendant)
     Celeste Reid
     50 Haverly Street
     Brookline, MA 02445

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
     Thomas G. Hoffman, Esq.
     Greene & Hoffman, P.C.
     125 Summer Street, Suite 1410
     Boston, MA 02110

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                 JUL 27 2004

CLERK                                               DATE

(By) DEPUTY CLERK



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

I hereby certify and return that on 10/22/2004 at 7:00AM I served a true and attested copy of the summons and complaint with exhibits, jury demand in this action in the following manner: To wit, by leaving at the last and usual place of abode of Celeste Reid, 50 Waverley Street Brookline MA 02445 and by mailing first class mail to the above-mentioned address on 10/22/2004. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($3.00), Postage and Handling ($3.00), Travel ($2.56) Total Charges $38.56

Deputy Sheriff James E. Riggs                                                                                        *Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                         Date                                           *Signature of Server*

                                                                _____
                                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.