%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

T. Rowe Price Tax-Free High
Yield Fund, Inc., et al

V.

Karen M. Sughrue, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-11667 RGS**

TO: (Name and address of Defendant)

Gary L. Crago
29 Concord Avenue
Cambridge, MA 02138

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Hoffman
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

(By) DEPUTY CLERK

DATE   JUL 27 2004



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 27, 2004

I hereby certify and return that on 10/25/2004 at 10:43AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of GARY L. CRAGO, , 29 CONCORD Avenue  Cambridge, MA 02138 and by mailing 1st class to the above address on 10/25/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($0.60), Postage and Handling ($3.00), Travel ($1.28) Total Charges $34.88

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.