UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -9  P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| T. ROWE PRICE TAX-FREE<br>HIGH YIELD FUND, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>KAREN M. SUGHRUE, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No: 04-11667-RGS

SCANNED
DATE:___11/10/04___
BY:_____DH_____

## NOTICE OF APPEARANCE

Jonathan L. Kotlier and Sarah E. Walters, and the law firm of Nutter, McClennen &

Fish, LLP hereby file this Notice of Appearance in the above-captioned matter on behalf of

defendant Advest, Inc.

ADVEST, INC.
By its attorneys,

NUTTER, McCLENNEN & FISH, LLP

By: _____
Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2000

*edit*
*status*
*unknown*

November 9, 2004

### Certificate of Service

I, Sarah E. Walters, certify that on November 9, 2004 I caused a true copy of the
above document to be served by regular mail on all counsel of record.

_____
Sarah E. Walters

1377218.1