UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>KAREN M. SUGHRUE, et al., )<br>)<br>Defendants )<br>_____) | Civil Action No: 04-11667-RGS |

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS
ORIGINAL COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT

Plaintiffs T. Rowe Price Tax-Free High Yield Fund, Inc., Smith Barney Income Funds/Smith Barney Municipal High Income Fund, Dryden National Municipals Fund, Inc., ACA Financial Guaranty Corporation and Lois and John Moore (collectively "Plaintiffs") and Defendants Karen M. Sughrue, Garry L. Crago, Jean W. Childs, Paula Edwards Cochran, G. Stevens Davis, Jr., Julia B. DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr., Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W. Kiszka and Advest, Inc. (collectively "Defendants"), hereby stipulate that the time in which Defendants may answer, move or otherwise respond to the Amended Complaint that was filed on January 20, 2005 is extended to and including March 1, 2005.

Plaintiffs and Defendants also hereby stipulate that the Plaintiffs will respond to the Motion to Dismiss the original Complaint, which certain of the defendants filed on January 20, 2005 – the same day that the Amended Complaint was filed – at the same time that they

respond to any motions or other responses to the Amended Complaint that are filed on or before March 1, 2005.

Respectfully submitted,

T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., SMITH BARNEY INCOME FUNDS, SMITH BARNEY MUNICIPAL HIGH INCOME FUND, DRYDEN NATIONAL MUNICIPALS FUND, INC., ACA FINANCIAL GUARANTY CORPORATION, and LOIS AND JOHN MOORE

By their attorneys,

_____/s/_____
Michael Tabb, Esq.
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA  02110

ADVEST, INC.,
By its attorneys,

_____/s/_____
Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

KAREN M. SUGHRUE, GARRY L. CRAGO, JEAN W. CHILDS, PAULA EDWARDS COCHRAN, G. STEVENS DAVIS, JR., JULIA B. DeMOSS, WILLIAM R. DILL, LESLIE A. FERLAZZO, JOYCE SHAFFER FLEMING, ERIC W. HAYDEN, CATHERINE CHAPIN KOBACKER, ANNE MARCUS, CELESTE REID, RICHARD J. SHEEHAN, JR., JOSEPH SHORT, GREGORY E. THOMAS, SUSAN K. TURBEN, AND DONALD W. KISZKA,

By their attorneys,

_____/s/_____
Scott A. Roberts, Esq. (BBO#550732)
A. Lauren Carpenter, Esq. (BBO#551258)
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA  02116
(617) 348-4340

**January 25, 2005**

1397352.2