UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 4: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

)
T. ROWE PRICE TAX-FREE HIGH YIELD )
FUND, INC., et al., )
  )
                    Plaintiffs, ) C.A. NO. 04-11667-RGS
v. )
  )
KAREN M. SUGHRUE, et al., )
  )
                    Defendants. )
)

### NOTICE OF APPEARANCE OF ROBERT E. SULLIVAN, SCOTT A. ROBERTS, AND A. LAUREN CARPENTER

Please enter our appearance in this action as counsel for Karen M. Sughrue, Garry L. Crago, Jean W. Childs, Paula Edwards Cochran, G. Stevens Davis, Jr., Julia B. DEmoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr., Joseph Short, Gregory E. Thomas, Susan K. Turben, and Donald W. Kiszka (the "Bradford Defendants").

THE BRADFORD DEFENDANTS
By their attorneys,

_____
Robert E. Sullivan, BBO #487820
Scott A. Roberts, BBO #550732
A. Lauren Carpenter, BBO #551258
SULLIVAN, WEINSTEIN & McQUAY, P.C.
Two Park Plaza
Boston, MA 02116
Dated:  January 20, 2005      (617) 348-4300

## CERTIFICATE OF SERVICE

I, A. Lauren Carpenter, hereby certify that a true and correct copy of the foregoing document was served by hand on all counsel of record on this 20 day of January, 2005.

A. Lauren Carpenter