UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>KAREN M. SUGHRUE, et al., )<br>)<br>Defendants )<br>) | Civil Action No: 04-11667-RGS |

**MOTION TO ENLARGE PAGE LIMIT FOR MEMORANDUM
IN SUPPORT OF DEFENDANT ADVEST, INC.'S MOTION
TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(B)(4), defendant Advest, Inc. ("Advest") moves for leave to file a Memorandum in Support of Defendant Advest, Inc.'s Motion to Dismiss the Amended Complaint in excess of the page limit. In support of this Motion, Advest states the following:

1. Plaintiffs' Amended Complaint in this action is 37 pages long, contains 109 numbered paragraphs, and names 19 defendants. Plaintiffs purport to assert a total of eight distinct claims for violation of the federal and state securities laws and violations of state common law and the Massachusetts consumer protection statute. The eight claims are based on numerous alleged misrepresentations and omissions in an Official Statement, attached to the Amended Complaint, which consists of more than 100 pages.

2. The claims alleged in the Amended Complaint are deficient for multiple reasons. To appropriately address these pleading deficiencies, Advest respectfully requests that it be permitted to submit a memorandum in excess of the page limit, but no longer than 45 pages.

Advest believes that the additional pages of briefing will assist the Court in considering and deciding its Motion to Dismiss.

3.  Counsel for plaintiffs has stated that he does not object to Advest's filing of a Memorandum in excess of 20 pages.

>   ADVEST, INC.
>   By its attorneys,
>
>   _____
>   Jonathan L. Kotlier (BBO#545491)
>   Sarah E. Walters (BBO#638378)
>   Nutter McClennen & Fish LLP
>   World Trade Center West
>   155 Seaport Boulevard
>   Boston, MA 02210
>   617-439-2000

February 28, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Sarah E. Walters, certify that on February 23, 2005 I conferred with Michael Tabb, counsel to plaintiffs, to resolve the issues raised by this Motion, and stated that he does not object to Advest's filing of a Memorandum in excess of 20 pages.

_____
Sarah E. Walters

February 28, 2005

### CERTIFICATE OF SERVICE

I, Sarah E. Walters, certify that on February 28, 2005 a copy of the foregoing Motion to Dismiss has been sent by hand delivery to all counsel of record.

_____
Sarah E. Walters

1405675.1