UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., <br><br>  Plaintiffs <br><br> v. <br><br> KAREN M. SUGHRUE, et al., <br><br>  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No: 04-11667-RGS |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ADVEST, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), the undersigned attorneys for Advest, Inc. ("Advest") in the above-captioned action state that Advest is a subsidiary of The Advest Group, Inc. ("AGI"). AGI is, indirectly, a wholly-owned subsidiary of AXA Financial, Inc. ("AXA Financial"), which, in turn, is a wholly-owned subsidiary of AXA S.A. ("AXA"). AXA is a publicly traded company listed on the Paris Stock Exchange with American Depository Receipts also trading on the New York Stock Exchange under the symbol AXA. In addition, AXA Financial owns a majority interest in Alliance Capital Management Holdings L.P., which trades on the New York Stock Exchange under the symbol AC.

ADVEST, INC.
By its attorneys,

Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000

February 28, 2005

## CERTIFICATE OF SERVICE

I, Sarah E. Walters, certify that on February 28, 2005 a copy of the foregoing Corporate Disclosure Statement has been sent by hand delivery to all counsel of record.

_/s/ Sarah E. Walters_
Sarah E. Walters

1405671.1