FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR -1  P 4: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAREN M. SUGHRUE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 04-11667-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO ENLARGE PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF BRADFORD DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7.1(B)(4), the Bradford Defendants[1] move for leave to file the Memorandum in Support of Bradford Defendants' Motion to Dismiss the Amended Complaint, in excess of the page limit, but no longer than 37 pages. Counsel for plaintiffs has stated that he does not object to the Bradford Defendants' filing of a memorandum in excess of 20 pages. In support of this Motion, the Bradford Defendants state:

1. Plaintiffs' Amended Complaint in this action is 37 pages long; contains 109 numbered paragraphs, many of which have several subparts; names 19 defendants and 7 plaintiffs; and asserts eight different claims, under federal and state law, which are based primarily on allegations of misrepresentations and omissions in an Offering Statement, attached to the Amended Complaint, that consists of more than 100 pages.

2. The Complaint's allegation of federal and state claims is deficient in multiple ways. To appropriately address the many pleading deficiencies, the Bradford Defendants respectfully request that they be permitted to submit a memorandum in excess of the page limit, but no longer than 37 pages. The Bradford Defendants believe

---

[1] "Bradford Defendants" refers to all defendants in this action except Advest, Inc.

the additional pages of briefing will help the Court in considering and deciding their motion to dismiss.

3.   Counsel for plaintiffs has stated that he does not object to the Bradford Defendants' filing of a memorandum in excess of 20 pages.

WHEREFORE, the Bradford Defendants respectfully request that the Court grant them leave to file their Memorandum in Support of Bradford Defendants' Motion to Dismiss the Complaint in excess of the page limit, but which is no longer than 37 pages.

THE BRADFORD DEFENDANTS
By their attorneys,

*/s/ A. Lauren Carpenter*
Robert E. Sullivan, BBO #487820
Scott A. Roberts, BBO #550732
A. Lauren Carpenter, BBO #551258
SULLIVAN, WEINSTEIN & McQUAY, P.C.
Two Park Plaza
Boston, MA 02116
(617) 348-4300

Dated: March 1, 2005

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, A. Lauren Carpenter, certify that I have conferred with the plaintiffs' counsel in good faith to resolve or narrow the issues presented by the Motion to Enlarge Page Limit for Memorandum in Support of Bradford Defendants' Motion to Dismiss, and plaintiffs' counsel has stated that he does not object to the Bradford Defendants' filing of a memorandum in excess of 20 pages.

*/s/ A. Lauren Carpenter*
A. Lauren Carpenter

### CERTIFICATE OF SERVICE

I, A. Lauren Carpenter, hereby certify that a true and correct copy of the foregoing document was served by hand on all counsel of record on this 1st day of March, 2005.

*/s/ A. Lauren Carpenter*
A. Lauren Carpenter