UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

)
T. ROWE PRICE TAX-FREE HIGH YIELD )
FUND, INC., et al.,                )
                    Plaintiffs,    )   C.A. No. 04-11667-RGS
v.                                 )
KAREN M. SUGHRUE, et al.,          )
                    Defendants.    )
_____)

### AFFIDAVIT OF KAREN M. SUGHRUE

I, Karen M. Sughrue, being first duly sworn, declare and say as follows:

1. I was a member of the Board of Trustees of Bradford College ("the College") from 1986 until the College closed in 2000. I have personal knowledge of the matters stated herein and, if called as a witness, could testify thereto.

2. The position of Trustee of Bradford College was an uncompensated one. Neither I nor any of the other members of the College's Board of Trustees received compensation for our services as Trustees, except for reimbursement of out of pocket expenses.

Signed under the pains and penalties of perjury on this 28th day of February, 2005.

_____
Karen M. Sughrue