**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
|  | ) |  |
| T. ROWE PRICE TAX-FREE HIGH YIELD | ) |  |
| FUND, INC., ET AL., | ) |  |
|  | ) | Civil Action No. 04-11667-RGS |
| *Plaintiffs,* | ) | Consolidated into |
| v. | ) | Civil Action No. 05-10176-RGS[1] |
|  | ) |  |
| KAREN M. SUGHRUE, ET AL. | ) |  |
| *Defendants.* | ) |  |
|  | ) |  |

**MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFFS  OPPOSITION TO
DEFENDANTS  MOTION TO DISMISS THE AMENDED COMPLAINT**

PursuantPursuant to Local Rule 7.1(B)(4), the Plaintiffs, T. Rowe Price TaPursuant to Local Rule

Fund,Fund, Inc., Fund, Inc., Smith BarFund, Inc., Smith Barney Income Funds/Smith Barney Municipal Hi

NationalNational Municpals National Municpals Fund, Inc.National Municpals Fund, Inc., ACA Financial Gu

(collectively,(collectively,  Pl(collectively,  Plain(collectively,  Plaintiffs ), move for leave to file a conso

motionsmotions to dismiss the Plaintiffs  comotions to dismiss the Plaintiffs  complaint, inmotions to

consolidatedconsolidated opposition will not exceed ninety-two pages.   In suconsolidated opposition wil

Plaintiffs state:

1.      DefendantsDefendants have filed three sepDefendants have filed three separDefendants

DefendantsDefendants sought aDefendants sought and rDefendants sought and received leave to file memora

each case.  Plaintiffs must respond to more than 120 pages of legal memorandum.

---

[1] The original Motion to Dismiss was filed in the 04-11667-RGS case but the case has since been consolidated into 05-10176.  For the Court s convenience, Plaintiffs have filed their Opposition to the Motion to Dismiss under both civil action numbers.

2.      PlaintiffsPlaintiffs seek leave to fiPlaintiffs seek leave to file a cPlaintiffs seek leave to file

pages.pages.  While Plaintiffs realize this is a sizeable opposition, it is still a significantpages.  While Plaintif

count than the memoranda served upon them.

3.      ThisThis case raises complex issues under the fThis case raises complex issues under the fe

statutesstatutes whstatutes which rstatutes which require thoughtful analysis.  Due to the requirements of the

analysis of the Plaintiffs  claims are unavoidable.

4.      CounselCounsel for Defendants have assented to theCounsel for Defendants have assented to the

90 pages or less.

WHEREFORE,WHEREFORE, the Plaintiffs respectfully request that the Court grant them leWHEREI

theirtheir Opposition to Defendants  Motion to Dismiss in their Opposition to Defendants  Motion to Dismiss

longer than 92 pages.

T. ROWE PRICE TAX-FREE HIGH YIELD
FUND, INC., SMITH BARNEY INCOME
FUNDS/SMITH BARNEY MUNICIPAL HIGH
INCOME FUND, DRYDEN NATIONAL
MUNICIPALS FUND, INC., ACA FINANCIAL
GUARANTY CORPORATION, and LOIS and
JOHN MOORE,

By their attorneys,


By: /s/ Michael Tabb_____
Thomas G. Hoffman, Esq. (BBO#:  237320)
Michael Tabb, Esq. (BBO#: 491310)
GREENE & HOFFMAN, P.C.
125 Summer Street, Suite 1410
Boston, MA  02110
(617) 261-0040

Dated:  May 2, 2005

2