# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

T. ROWE PRICE TAX-FREE HIGH YIELD
FUND, INC., SMITH BARNEY INCOME
FUNDS/SMITH BARNEY MUNICIPAL
HIGH INCOME FUND,  DRYDEN
NATIONAL MUNICIPALS FUND, INC.,
LOIS AND JOHN MOORE and  ACA
FINANCIAL GUARANTY
CORPORATION

                     *Plaintiffs*,

     v.

KAREN M. SUGHRUE, GARRY L.
CRAGO, JEAN W. CHILDS, PAULA
EDWARDS COCHRAN, G. STEVENS
DAVIS, JR., JULIA B. DEMOSS, WILLIAM
R. DILL, LESLIE A. FERLAZZO, JOYCE
SHAFFER FLEMING, ERIC W. HAYDEN,
CATHERINE CHAPIN KOBACKER,
ANNE MARCUS, CELESTE REID,
RICHARD J. SHEEHAN, JR., JOSEPH
SHORT, GREGORY E. THOMAS, SUSAN
K. TURBEN, DONALD W. KISZKA and
ADVEST, INC.,

                     *Defendants*.

Civil Action No.   04-11667 RGS
Consolidated into
Civil Action No. 05-10176-RGS*

## PLAINTIFFS  MOTION TO STRIKE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS  MOTIONS TO DISMISS

    TheThe Institutional Bondholders, the MooresThe Institutional Bondholders, the Moores and ACA move

M.M. Sughrue,M. Sughrue, Exhibit 4 to the Memorandum in Support Of Bradford Defendants  MotionM. Sughru

andand Paragraph 11and Paragraph 11 of theand Paragraph 11 of the Bradford Defendants  Motion To Dismiss the

asas Argument I.A.4 of their memorandumin supportas Argument I.A.4 of their memorandumin support of said m

properly before the Court in its consideration of Defendants' Motions To Dismiss. In support thereof, Plaintiffs state as follows:

1.    In ruling on a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), a court may only consider the allegations of the complaint, the documents of public record, and other matters of which the court may take judicial notice.  Banco Santander de Puerto Rico v. Lopez-Stubbe (In re Colonial Mortgage Bankers Corp.), 324 F.3d 12 (1st Cir. 2003).

2.    In support of their motions to dismiss the Bradford Defendants have offered an affidavit of Karen M. Sughrue and an excerpt from the book Liberal Arts Colleges: Thriving, Surviving, or Endangered? by David W. Breneman (Exhibit 4 to the Memorandum In Support Of The Bradford Defendants' Motion To Dismiss).  These materials are not the type that may be considered on a motion to dismiss and should be stricken from the record.

3.    Paragraph 11 of the Bradford Defendants' Motion to Dismiss the Complaint and Argument I.A.4 of their memorandum rely on the Four Year Statute of Repose.

4.    Each of the Bradford Defendants is a signatory to a Standstill and Tolling Agreement to which the Plaintiffs are either signatories or beneficiaries.  Copies of the agreements are attached.  In the agreements, the Bradford Defendants agreed to waive their rights to enforce statutes of limitation and statutes of repose against the Plaintiffs in exchange for Plaintiffs' dismissal of and Plaintiffs' agreement not to file any lawsuit against the Bradford Defendants for a period of time.  In addition, paragraph 1 of each agreement contains the following provision:

EachEach Potential Defendant herebyEach Potential Defendant hereby agrees and acknowledges t shallshall not plead orshall not plead or raise and is estopped from pleading or raising theshall not p timetime during the Tolltime during the Tolling Period atime during the Tolling Period as part of Limitations Period with respect to any Claim.

5.    ArgumentArgument I.A.4 violates the Bradford Defendants' agreement not to plead oArgument

anyany statute of limitation or statute of repose againstany statute of limitation or statute of repose against the Pla

specificspecific performance of the agreement the Bradford Defendants have breached, which is best

accomplished by striking the offending argument.

Wherefore, for the reasons set forth above, this Court should strike:

1.    the Affidavit of Karen M. Sughrue;

2.    ExhibiExhibitExhibit 4 to the Memorandum in Support Of Bradford Defendants' MotionExh

Dismiss; and

3.    ParagraParagraphParagraph 11 aParagraph 11 and of the Bradford Defendants' Motion To Dis

Complaint and Argument I.A.4 of the memorandum in support of said motion.

3

T.T. ROWE PRICET. ROWE PRICE TAX-FREE HIGHT. ROWE F
INC.,INC., SMITHINC., SMITH BARNEY INCOMEINC., SMITH
BARNEYBARNEY MUNICIPAL HIGH INBARNEY MUNICI
DRYDENDRYDEN DRYDEN NADRYDEN NATIONALDRYDE
LOISLOIS and JOHN LOIS and JOHN MOORLOIS and JOHN
GUARANTY CORPORATION

By their attorneys,


/s/ Michael Tabb
Thomas Hoffman, Esq.  BBO # 237320
Thomas Greene, Esq. BBO# 210020
Michael Tabb, Esq. BBO # 491310
Greene & Hoffman, P.C.
125 Summer Street, 14th Floor
Boston, Massachusetts  02110
Dated: May 2, 2005                                (617) 261-0040


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, Michael Tabb, counsel for the Plaintiffs, certify that I have conferred with the Bradford Defendants  counsel in good faith to resolve or narrow the issues presented by the Plaintiffs  Motion to Strike in Support of their Opposition to Defendants Motions to Dismiss.


  /s Michael Tabb
Michael Tabb


4