# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

ACA FINANCIAL GUARANTY CORP.

       V.                     **CIVIL ACTION NO. 05-10176-RGS**

ADVEST, INC.

T. ROWE PRICE

       V.                     **CIVIL ACTION NO. 04-11667-RGS**

ADVEST, INC.

# <u>NOTICE OF HEARING</u>

**STEARNS, DJ.**                                    **JUNE 24, 2005**

A HEARING\* IN THE ABOVE-CAPTIONED ACTIONS IS HEREBY SCHEDULED FOR:

<u>THURSDAY, OCTOBER 6 , 2005 AT 2:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                          RICHARD G. STEARNS
                          UNITED STATES DISTRICT JUDGE

               BY:

                       /s/ Mary H. Johnson
                       Deputy Clerk

\*TO BE HEARD:   Motions # 5, 31, 38, 40 - CA 05-10176;
Motions # 27, 32, 36, 43 - CA 04-11667.